UNITED STATES of America,
Plaintiff–Appellee,

v.

William Earl ERVIN, Jr.,
Defendant–Appellant.

No. 07–12056
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 1, 2008.

Brian Mendelsohn, Federal Defender Program, Inc., Atlanta, GA, James Ligon O'Kelley, Birmingham, AL, for Defendant–Appellant.

Joyce White Vance, Birmingham, AL, for Plaintiff–Appellee.

Before BIRCH, DUBINA and WILSON, Circuit Judges.

858

PER CURIAM:

James L. O'Kelley, appointed counsel for William Earl Ervin, Jr., has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ervin's convictions and sentences are **AFFIRMED.**